## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 17.1(A):

**2010–1094.   Columbus City School Dist. Bd. of Edn. v. Levin.**
Board of Tax Appeals, No. 2009–V–4110.

**2010–1614.   State ex rel. Ruscilli Constr. Co. v. Indus. Comm.**
Franklin App. No. 09AP–1006, 2010-Ohio-4126.

**2010–1634.   State ex rel. Gonzales v. Nadel.**
In Mandamus.

**2010–1641.   State ex rel. McCaffrey v. Mahoning Cty. Bd. of Commrs.**
In Mandamus.

**2010–1642.   State ex rel. McCafferty v. Mahoning Cty. Prosecutor's Office.**
In Mandamus.